NATIONAL LABOR RELATIONS BOARD, Petitioner, v. MORRISTOWN KNITTING MILLS, Respondent.

No. 10986.

United States Court of Appeals
Sixth Circuit.

July 26, 1950.

Robert N. Denham, Washington, D. C., for petitioner.

Taylor & Badgett, Knoxville, Tenn., for respondent.

PER CURIAM.

The consent motion for leave to withdraw petition for enforcement having been considered, it is now ordered that the same be and it is hereby approved and this petition be and the same is dismissed.

David ROGERS, Appellant, v. UNITED STATES of America.

No. 14114.

United States Court of Appeals
Eighth Circuit.

July 14, 1950.

Donald H. Latshaw, Kansas City, Mo., for appellant.

Sam M. Wear, United States Attorney, and Harry F. Murphy, Assistant United States Attorney, Kansas City, Mo., for appellee.

PER CURIAM.

Appeal from District Court dismissed, on motion of appellant and for want of diligent prosecution.

UNITED STATES of America, Appellant, v. Florence K. LIVINGSTON, Executrix of the Will of Bronte M. Aikins, deceased (sued herein as B. M. Aikins), Florence K. Livingston, Executrix of the Last Will of Florence L. Kirchen, deceased, George B. Parker, Nelle Grenville Parker, Vernon S. Batz (also known as V. S. Batz), Edna Batz, D. M. Jordan, George Hay Corporation, Ltd., a corporation, Honolulu Oil Corporation, a corporation, Seaboard Oil Company of Delaware, a corporation, and The County of Kern, Appellees.

No. 12448.

United States Court of Appeals
Ninth Circuit.

July 21, 1950.

A. Devitt Vanech, Asst. Atty. Gen., Ernest A. Tolin, U. S. Atty., Los Angeles, Cal., Francis B. Critchlow, Sp. Asst. to Atty. Gen., Roger P. Marquis, S. Billingsley Hill, Attorneys, Dept. of Justice, Washington, D. C., for appellant.

Herbert W. Clark, San Francisco, Cal., A. W. Mitchem, Gilbert E. Harris, Los Angeles, Cal., Morrison, Hohfeld, Foerster, Shuman & Clark, A. L. Gibson, all of San Francisco, Cal., of counsel, for appellees Honolulu Oil and Seaboard Oil Co.

William A. Breen and Patricia Lane, San Francisco, Cal., for appellee Florence K. Livingston.

Philip M. Wagy, Bakersfield, Cal., for appellee George Hay Corp. et al.

Before STEPHENS and BONE, Circuit Judges, and McLAUGHLIN, District Judge.

PER CURIAM.

The judgment appealed from is affirmed upon the basis of the opinion rendered by the trial judge, the Honorable Peirson M. Hall, District Judge, reported in D.C., 84 F.Supp. 260.

Affirmed.